UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23224-CIV-ALTONAGA/O'Sullivan

**DIANELYS POLLS**,

    Plaintiff,

v.

**ALLIANT CAPITAL MANAGEMENT LLC**,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On October 15, 2014, the Court issued an Order on Default Procedure [ECF No. 6] requiring Plaintiff to submit a motion for entry of Clerk's default no later than October 29, 2014. The Order warned Plaintiff the failure to file a motion for Clerk's default within the specified time would result in a dismissal without prejudice without further notice. Plaintiff has failed to comply with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal will result in a statute of limitations bar to re-filing.

Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to mark this case as **CLOSED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of October, 2014.

                              _____
                              **CECILIA M. ALTONAGA**
                              **UNITED STATES DISTRICT JUDGE**

cc: counsel of record